## 22221. MURPHY v. HOYLE.

BROYLES, C. J. This case having been entertained only upon the condition that the costs be paid within ten days, and the costs not having been so paid, the bill of exceptions must be dismissed. Civil Code (1910), § 6341; *Crews* v. *State*, 27 *Ga. App.* 309 (108 S. E. 125).

*Writ of error dismissed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 15, 1932.

*Joseph O. McGehee,* for plaintiff in error.

*L. L. Davis, P. A. & K. E. Bray,* contra.